22-cv-2799 DWF/DJF

**United States District Court
District of Minnesota
Fourth judicial district.**

**Plaintiff(s),**
©Jose Montrell Hudson



**Defendant(s),
Attorney General for the state of Minnesota,
Bureau of criminal apprehension, Commissioner of Minnesota department of corrections,**

**Petition.**

   The plaintiff will petition the above judicial court for an order of prohibition for The defendants to cease and desist from infringing on my first amendment right of my freedom of speech. The law that they are enforcing(Minnesota predatory offender statute), is constricting my freedom of speech, Causing The plaintiff to not Possess, utilize or Express the ability to express his Inalienable rights, given by the Constitution of the United States of America, The bill of rights specifically, The state of Minnesota, The Minnesota bill of rights specifically, The copyrights of Jose Montrell Hudson specifically, And the God of nature of the world, in total.

**Statement of the case.**

   For quite a few years now, The plaintiff has filed numerous petitions to this court and the court for the state of Minnesota for every bit of relief that he could find against the statute for predatory registration. I understand the statute is not about right, it expresses the role that a person has done and the consequences to be given. But us human beings, officers, attorneys, judges, civilians, people and persons, know and or should know and understand that difference, and those of whom that don't know, some point in time, they too will Discover that difference.
   On or about August 31, 2020 to the plantiff sent a certified letter to defendants except the commissioner of corrections, to cease and desist, I requested a response within seven days, till date The plaintiff have received no response. About a week or two after the certified letter, The plaintiff was sent an annual predatory registration contract to be signed and dated and sent back. I did not return One of the applications verification forms, that application form detailed, my address, my work address and phone number, School address and phone number, Vehicle identification number ,license plate number and year, make and model of my car.
   Since The Plaintiff was released in October 2010, he has not been incarcerated, arrested or violated any form of parole, The plaintiff even completed the required treatment. Since then the



1.

plaintiff was given his rights back after the execution for his conviction, he now has the right to vote. The plaintiff is a taxpayer, The plaintiff is a resident and citizen of the United States.

On October 24, 2022, The Bureau of criminal apprehension sent me a return letter telling me the part of the letter that I signed with my signature, is insufficient and to resubmit another letter which I intend to because I still have to obey the law regardless of what my rights are, but the clear words on there were; failure to Register is a felony. But of course that's what the truth of the matter is. In the fourth amendment of the United States Constitution, and the constitution of Jose Montrell Hudson (see copyright), It is clearly expressed that the right of the people to be secure in their persons houses papers and effects against unreasonable search and seizures shall not be violated and no warrants shall issue but upon probable cause supported by oath an affirmation and particularly describing the place to be searched and the persons or things to be seized. See TXu 2-339-444, The bill of rights of The constitution of the United States of America, The bill of rights of the state of Minnesota. It is clearly being shown that if I don't give something to the government as simple as my phone number or my vehicle identification number that goes along with their whole registration form that I will become a criminal again, when I haven't caused my step to violate a criminal act and if I'm correct a felony is a "criminal act.

I have completed my sentence, The predatory registry says that I have to register for life and that Law comes at an abridgment, The constitution of the United States clearly expresses no rights privileges or immunities Shall abridged. This Constitutes a crime even tho I actually haven't committed or even attempted to commit one especially exercising my rights aforestated by way of speech therefore expressing. Even though the letter was a matter of protocol, I understand why it wouldn't suffice, but in this matter I owe the defendants no duty, I haven't moved anywhere, I still live in the same place. The defendants have not expressed why I should not be released from this registration regardless of my past, I have completed my sentence and treatment, this is very unjust, I am entitled to equal protection as any citizen in the United States of America without government interference regardless of my past transgressions. the defendants have no evidence of why the plaintiff as a human being, should continue to undergo a civil punishment after a criminal punishment. I can't get a job in the post office, because of my background, I can't become an educator, in the job force, because of my background. Situations like the Redondo Beach murder back in 2018 is the fate that predatory offenders, at least that some of us have to deal with. With every place the plaintiff move, with every person the plaintiff encounter, with every job the plaintiff applies for, trying to express his skills through knowledge and labor will be suppressed, if at all tolerated. There is no life being on a federal watch, list especially if you are not that person that the government publishes to the world to see. The law of the Minnesota predatory statue that the defendants are enforcing, are forcing me to violate the expression of my own rights With this present danger that's evident and in eminent Existence, the plantiff right to bear arms has been suspended for life as the Minnesota statue dictate. So even if the plaintiff, is in clear and present danger he doesn't even possess the right to defend himself, and suspending his right to possess a firearm clearly states this, and the Minnesota predatory offender statute makes this law. This is in no way equal protection of the laws, To even ignore this is denying the plaintiff of equal protection of the law, it is suppressing, constricting and infringing my entire right to speech and expression and both of these are actions to ensure The right of life and liberty and the pursuit of happiness. Even though I

understand the letter was protocol, I felt it as a threat as clear as day and on its face that's exactly what it is. it saddens The plaintiff to feel this way. The plaintiff has expressed this in the Mordicum of Jose Montrell Hudson. (See TX 9-143-843) United States copyright. The fifth amendment clearly states no person shall be held to answer for a capital or otherwise infamous crime unless on a presentment or indictment of a grand jury except cases arising in the land or naval forces or in the militia when an actual service in a time of war Nor shall any person be subject for the same offense twice to be put in jeopardy of life or limb nor shall property be compelled in any criminal case to be a witness against himself nor be deprived of life liberty or property without due process of law nor shall private property be taken for public use without just compensation. Not volunteering personal information on an application leaving out an address, vehicle identification number, color, make or model of that vehicle or phone number constitute any crime according to the fifth amendment, and if that is not the case, why am I being threatened with criminal prosecution? Your honor this is unjust please don't ignore this petition, My past is my past, I am petitioning you The judicial courts and the defendants because these are the very principles that all of us are bound by this system has taught me The correct way to live because even though I have these rights I have a duty to protect the rights of others I am no longer the person I was, my speech is being constricted, It is causing me an inability to express my rights in every way that I should because I am not free to do so under its authority(Minnesota predatory statute). Even my address is a part of my houses papers and effects and The plaintiff is only in compliance of it because it's the law and no resolve has been found yet. Even in the criminal system there are a number of reliefs, The Minnesota statue that compels sex offenders to register my persons papers and effects provides no remedy even though it leads to criminal prosecution that is not fair nor is it just and it's definitely not right. This is proof that my first amendment, Second amendment to 10 is being infringed, it is also attempting to cause me to believe that this is who I will be for the rest of my life. Only God dictates our life. The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people. (See the bill of rights of the United States of America, The bill of rights for the state of Minnesota,The bill of rights for Jose Montrell Hudson TXu 2-339-444 us copyright. The 14th amendment of the constitution of the United States of America and the Minnesota equal protection laws. As an example, even in a case according to the fundamental rights, Groh versus Ramirez, The defendants will violate such right, Because charging plaintiff with a felony for not voluntarily relinquishing his houses papers or effects is not proper grounds for a warrant that conform to the fourth amendment of the United States of America. And The plaintiff admit every time He register( I am under duress) duress is the cause. Yes the statute is civil in nature but it has criminal consequences which makes it criminal,same fruit of the poisonous tree.

## Conclusion.

The same rights, The plaintiff is expressing and fighting for, Is the same rights, that the courts and the defendants possess, whether any of us go right or wrong we all need these rights no sin is greater than the next, God made this system for us to do better, The plan of need that chance as well, The very thing I'm being denied, All of us will need them one day, and the faith that I have in the system through God tells me this is the right way I should go. I don't totally understand the law, and I don't understand the mechanics of it today I'm coming to you as a human being hopefully this petition will not be overlooked hopefully the The defendant(s) Will

respond as to why, they are infringing my first amendment right, why are they infringing my freedom of speech, why have they constricted my right to bear arms for a lifetime, why I am being denied equal protection of the laws of all citizens of the United States and I mean equally protected. I hope and pray the court hear my plea and don't ignore the very rights That due to you as a human being and the duties that you will one day have to give. At the end of my conviction I received my rights back by mail. The defendants have no right to constrict my rights, I need to express my rights as they will show through my conduct as I copyrighted them. Freedom of speech is more than words, it is action as well by expression. Any law created that's suppresses or constrict me from expressing any right granted by the bill of rights constitutes infringement. This petition is covered by all laws aforementioned, (see the bill of rights of the constitution of the United States of America, See the Bill of Rights in the constitution of Jose Montrell Hudson TXu 2-339-444 United States copyright office, see the Minnesota bill of rights. See the 14 amendment of the constitution of the United States of America, see the constitution of the United States of America).

  Your honor, with all due respect, Minnesota predatory statute and the state that's enforcing it, is suppressing me From freely expressing myself as a upright person and a rational human being, this is wrong and I'm not being equally protected under no circumstance please hear my petition and please let justice be given. The expression given by the Bureau of criminal apprehension letter clearly shows a copyright infringement and a first amendment infringement. Which clearly states that the letter that I sent back signed was insufficient due to it missing a couple of pages That request that I voluntarily give the address and phone number of the company that I work the vehicle that I drive and the address of where I lay my head where I should be safe and protected capable of expressing my constitutional rights thereof but if I have to relinquish my address my phone number where I am employed where I go to get educated, I am even being forced to violate my own fifth amendment right and I can't express it because I'm not being protected when I express it. Because if I do express it or I don't express it properly I face criminal prosecution once again only this time because I was trying to stand up for my rights. The fifth amendment protects me from self-incrimination and even though the statute is civil that bears criminal consequences which still makes it criminal this statue arises from a case that I was tried convicted and I completed that sentence, and even that will incriminate me only this time it will be that I was trying to exercise my fifth amendment right or better yet my bill of rights. If the law infringes the right of one person, It in Infringes the right of all the people. The predatory statute from the state of Minnesota suppresses my belief of how I should express myself, That law is purely despotic it has no human nature in it it has no afforded it right in it, on its face it acts to suppress the rights of people with inalienable rights. How can the defendant infringe the rights of the plaintiff with ambition and motivation to protect the public, The plaintiff is not under conviction, The sentence has been executed, And Was given back, with rights to vote And live Like any other citizen would live, like the defendants and the honorable judge.

### Relief Sought.
**The Plaintiff requests the court, To order a cease and desist to the defendants to stop further copyright infringement and allow me to express my rights freely.**

Sincerely,

Jose Montrell Hudson.

*[signature]*

under penalty of perjury